Frambes Estate.

Argued May 24, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*William H. Naugle,* with him *Isaac S. Grossman* and *Prowell & Harter,* for appellant.

*Henry E. Harner,* for appellee.

OPINION PER CURIAM, June 27, 1955:

Decree affirmed on the opinion of President Judge RICHARDS, at cost of appellant.